IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HENRY THOMAS CLARK,            )
                               )
        Petitioner,            )
                               )       1:16CV257
    v.                         )       1:08CR297-1
                               )
UNITED STATES OF AMERICA,      )
                               )
        Respondent.            )

**ORDER**

This matter is before this court for review of the Recommendation filed on April 28, 2016, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 79.) In the Recommendation, the Magistrate Judge recommends that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 78) be dismissed without prejudice for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the Court of Appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d). The Recommendation was served on the parties to this action on April 28, 2016 (Doc. 80). Petitioner timely filed objections (Doc. 81) to the Recommendation.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified

proposed findings or recommendations to which objection is made."
28 U.S.C. § 636(b)(1). This court "may accept, reject, or
modify, in whole or in part, the findings or recommendations
made by the [M]agistrate [J]udge. . . . [O]r recommit the matter
to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the
Recommendation to which objections were made and has made a
de novo determination which is in accord with the Magistrate
Judge's Recommendation. This court therefore adopts the
Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's
Recommendation (Doc. 79) is **ADOPTED. IT IS FURTHER ORDERED** that
Petitioner's Motion to Vacate, Set Aside, or Correct Sentence
(Doc. 78) is **DISMISSED WITHOUT PREJUDICE** for failure to obtain
certification for this § 2255 application by filing a Motion for
Authorization in the Court of Appeals as required by 28 U.S.C.
§§ 2255 and 2244 and Fourth Circuit Local Rule 22(d). A Judgment
dismissing this action will be entered contemporaneously with
this Order. Finding no substantial issue for appeal concerning
the denial of a constitutional right affecting the conviction,
nor a debatable procedural ruling, a certificate of
appealability is not issued.

This the 15th day of June, 2016.

                                              /s/ William L. Osteen, Jr.
                                              United States District Judge